AUSA: Jacob Hoppe Telephone: (313) 226-9622

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kara Klupacs, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Brandon Williams

Case: 2:26−mj−30464
Assigned To : Unassigned
Assign. Date : 8/4/2026
Description: CMP SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 20, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kara Klupacs, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 4, 2026

City and state: Detroit, MI

Honorable Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Brandon WILLIAMS (DOB: XX/XX/2001), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of Ammunition) on April 20, 2026.

## II. PRIOR FELONY CONVICTION

5. I reviewed records related to WILLIAMS's criminal history, which include the following:

- In May 2014, WILLIAMS pled guilty to one count of Felony Controlled Substance-DEL/MFG (Cocaine, Heroin or Another Narcotic <50 Grams) in the Michigan Third Circuit Court.

6. Based on my training and experience, defendants are warned of the maximum penalty when they plead guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony.

## II. PROBABLE CAUSE

7. On April 20, 2026, at approximately 4:14 a.m., Detroit Police responded to the area of the I-94 west-bound ramp near the Conner Street Exit in Detroit for the report of multiple shots fired (ShotSpotter Report 318-689734- 13 rounds fired). Upon arrival in the area officers located and recovered thirteen (13)

spent .40 S&W caliber cartridge cases in the nearby intersection of Harper and Conner.

8. During continued canvassing of the scene, officers obtained surveillance footage from the Travel Inn located at 11560 Harper Ave, with cameras that directly faced the intersection of Harper and Conner. During subsequent review of the footage, officers observed a white Jeep Grand Cherokee that appeared to be chasing a silver Kia Sportage. Officers observed that at approximately the same time as the ShotSpotter run, an occupant of the Jeep Grand Cherokee appeared to fire shots at the Kia Sportage. The Kia Sportage then drove off the road and out of view of the camera.

9. While at the scene officers received a report of two juvenile gunshot wound victims dropped off at the St. John Hospital (located at 22101 Moross Rd.) by a third party (hereafter referred to as Adult-1). Adult-1 explained that at approximately 4:55 a.m., the victims had appeared at his residence, located at 2XX0 Algonquin Street (approximately two miles away from the original shooting location) asking to be driven to the hospital. During this interaction, Adult-1 observed one of the victims was bleeding from his arm and the other victim bleeding from his side. Adult-1 was unsure how the victims had gotten to his residence and assumed they must have walked. During questioning, one of the victims admitted that they had been in the area of a Citgo Gas Station, when their vehicle had been

shot into by another vehicle. Officers were aware of a Citgo Gas Station located in the northeast corner of Conner and Harper (across the street from the Travel Inn).

10. While at St. John Hospital, officers learned of a third juvenile gunshot wound victim, that had been transported to Beaumont Grosse Pointe Hospital (located at 468 Cadieux Rd) by a family member. Officers responded to the Beaumont Hospital and spoke with the grandmother (hereafter Adult-2) of the third victim. Adult-2 alleged that shortly after 4:15 a.m., she had received a call from the victim (her grandson) who stated he was shot and needed to go to the hospital. Adult-2 then picked up the victim from the area of Dickerson and Mack and transported him to the hospital.

11. Later that same day at approximately 11:17 a.m., officers received a report of a suspicious vehicle, described as an abandoned silver station wagon, in a vacant lot near Dickerson and Goethe, approximately .3 miles from 2XX0 Algonquin (the location of the first two victims) and .2 miles from Dickerson and Mack (the location of the third victim). Officers responded to the location and observed a silver Kia Sportage bearing Michigan license plate ESD2467. Queries in LEIN found the vehicle had been reported stolen on April 19, 2026 (one day prior). Officers observed the vehicle to have sustained damage including a broken window, and multiple bullet holes. Officers further observed what appeared to be blood on all the seat cushions inside of the vehicle.

12. Detroit Police Crime Intel queried Greenlight cameras in the area of Conner and Harper, the original shooting scene, to learn the path of travel of the suspect vehicle. Officers observed that after the shooting at Conner and Harper, the white Jeep Grand Cherokee continued west on Harper. Based on this, officers queried Motorola license plate reader cameras in the area of Harper and Gratiot (less than one mile west of the shooting scene). Officers observed at approximately 4:15 a.m., a white Jeep bearing Michigan license plate EWL2023 was registered passing the camera.

13. Officers queried Michigan license plate EWL2023 in LEIN and found it was registered to Chrysler. Officers contacted Chrysler Corporate Security who confirmed the vehicle was a corporate lease and was assigned to an employee named D.C.

14. On April 20, 2026, at approximately 5:30 p.m., officers, receiving live GPS tracking updates of the Jeep Grand Cherokee from Chrysler Corporate Security, conducted a traffic stop of the vehicle in the area of Fenkell and Ward. The vehicle did not have a license plate. During the stop, officers spoke with the driver of the vehicle, D.C., who was advised of her *Miranda* rights, which she waived. D.C. explained that she had no knowledge of a shooting and that she had let her boyfriend, Brandon WILLIAMS, use her vehicle earlier. According to D.C., when WILLIAMS returned the vehicle to her later that day (April 20, 2026), he informed

her the license plate had been stolen at approximately 11:00 a.m. D.C. further advised that she and WILLIAMS had been staying at a residence located at 18516 Flemming, which is where she believed WILLIAMS could be located.

15. D.C. allowed officers to access her phone. Officers observed that WILLIAMS and D.C. had contacted each other earlier that day at approximately 4:16 a.m., (two minutes after the ShotSpotter report). Officers further observed that D.C. and WILLIAMS had sent and unsent messages between each other throughout the day and were currently sharing their location with each other. Using the phone's shared location, officers located WILLIAMS near E. Outer Drive and Mound as he was leaving the area of 18516 Fleming (observed infraction: blocking the crosswalk). WILLIAMS was the passenger in a third party's vehicle. WILLIAMS was removed from the vehicle and arrested. No firearm was recovered from WILLIAMS'S person during the arrest. WILLIAMS was transported to the Detroit Detention Center (DDC) for processing.

16. On April 21, 2026, officers obtained a search warrant for the residence located at 18516 Fleming. At approximately 1:25 p.m., Detroit Police 9th Precinct Officers executed the warrant at the residence. Although officers did recover a Smith and Wesson model M&P .40 caliber pistol from the residence, preliminary ballistic testing found no connection between the recovered firearm and the spent casings recovered from the shooting scene the day prior.

17. On April 21, 2026, at approximately 2:55 p.m., Detroit Police interviewed WILLIAMS at the Detroit Detention Center (DDC). Prior to questioning, WILLIAMS was advised of and waived his *Miranda* rights. WILLIAMS made the following statements which are in summary and not verbatim:

a. WILLIAMS explained he was familiar with the victims and believed them to have previously shot up his residence before.

b. On the day of the shooting, at approximately 3:00 a.m. or 4:00 a.m., WILLIAMS had heard that the victims were in the area and believed they were planning to shoot up his residence. WILLIAMS got into his girlfriend's white Jeep Grand Cherokee and drove around the area looking for them. WILLIAMS observed the victims walking down Dickerson. WILLIAMS explained that when he saw them, he yelled at them, but saw they had firearms and drove off.

c. WILLIAMS circled back around and saw they had gotten into a silver Kia. WILLIAMS began chasing them and caught up to them at the light, WILLIAMS then shot 4-5 times and the victims pulled off and slid up the hill.

d. WILLIAMS confirmed that he was the only one in the vehicle at the time. WILLIAMS also confirmed that the casings from his firearm had gone into the street and were not inside of the vehicle.

18. On July 22, 2026, I examined the thirteen (13) spent .40 S&W caliber cartridge cases collected from the shooting scene that had been entered into evidence by Detroit Police. I observed the casings were manufactured by Remington, Hornady, and Sellier & Bellot.

19. I am an ATF Interstate Nexus Expert and concluded that the casings were manufactured outside the State of Michigan, and are ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(17)(A).

## III. CONCLUSION

20. Probable cause exists to believe that on April 20, 2026, Brandon WILLIAMS knowingly possessed ammunition after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Dated: August 4, 2026